**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. IP 02-CR-173-02-B/F |
| | ) | 1:05-cv-1382-SEB-JMS |
| TURNER ASHE, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-1382-SEB-JMS is **dismissed with prejudice.**

Date: 03/13/2007

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

Kevin M. Schad
SCHAD & SCHAD
kevinschad@yourattorneys.net