UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1382-SEB-JMS |
| | ) | |
| TURNER ASHE, | ) | |
| | ) | |
| Movant. | ) | |

### Entry Denying Motion to Amend

This case is closed. Movant Turner Ashe's motion for relief pursuant to 28 U.S.C. § 2255 was denied with prejudice and final judgment was entered in this action on March 13, 2007. Ashe appealed. On July 27, 2007, the Seventh Circuit, after consideration of the final order of this court and the record on appeal, issued an Order denying Ashe's request for a certificate of appealability. Years passed. Now, Ashe seeks to amend his original § 2255 motion to include a new claim. Specifically, that his appellate counsel provided ineffective assistance of counsel by failing to argue on appeal that co-conspirator statements were introduced during Ashe's trial in violation of the holding of *U.S. v. Santiago*, 582 F.2d 1129 (7th Cir. 1978).

*Federal Rules of Civil Procedure* 15(a) does not permit Ashe to amend his § 2255 motion after entry of judgment as of right. After judgment is entered, the complaint can only be amended with "leave of court" and after a successful Rule 59(e) or Rule 60(b) motion. *Figgie Int'l, Inc. v. Miller,* 966 F.2d 1178, 1179 (7th Cir. 1992) ("It is well settled that after a final judgment, a plaintiff may amend a complaint under Rule 15(a) only with leave of court after a motion under Rule 59(e) or Rule 60(b) has been made and the judgment has been set aside or vacated."); *First Nat'l Bank v. Continental Ill. Nat'l Bank & Trust Co.,* 933 F.2d 466, 468 (7th Cir. 1991) ("Since First National wanted the judgment altered [to amend complaint], it had to persuade the judge to reopen the case--had therefore to file a postjudgment motion under Fed. R. Civ. P. 59(e) or 60(b)."); *Amendola v. Bayer*, 907 F.2d 760, 765 n. 5 (7th Cir. 1990) (citing *Twohy v. First Nat. Bank*, 758 F.2d 1185, 1196 (7th Cir. 1985)). There has been no relief sought or granted from the final judgment in this case. Accordingly, Ashe's motion to amend [27] is **denied.**

Ashe's motion to expedite ruling on the motion to amend [30] is **denied as moot.**

**IT IS SO ORDERED.**

Date: 07/08/2011

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Kevin M. Schad
Federal Public Defenders
kevin_schad@fd.org

Turner Ashe Jr.
Reg. No. 07029-028
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635